1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 In re: Third Party Subpoenas Issued to RAMBUS, INC., AND RAMBUS 12 DELAWARE LLC | Case No. 14-mc-80293 EJD (NC) |
| 13 INNOVATIVE DISPLAY TECHNOLOGIES LLC, | **ORDER RE: ADMINISTRATIVE MOTION** |
| 14 Plaintiff, | **TO SEAL** |
| 15 v. | Re: Dkt. Nos. 5, 22 |
| 16 ACER INC., ET AL., | |
| 17 Defendants. | |
| 18 | |

19
20
21
22
23
24
25
26
27
28

       Before the Court are two administrative motions to seal by Dell Inc.  The first

concerns documents related to its motion to compel compliance with a subpoena.  Dkt.

No. 5.  The second concerns documents related to its reply in support of its motion to

compel.  Dkt. 22.

       Under Civil Local Rule 79-5(d)(1)(D), an unredacted version of the document

sought to be filed under seal must be filed electronically under seal as an attachment to the

administrative motion.  Civ. L.R. 79-5(d)(1)(D).  Indeed, the "[i]nstructions for e-filing

documents under seal can be found on the ECF website."  *Id.*  In addition, the "unredacted

version must indicate, by highlighting or other clear method, the portions of the document

that have been omitted from the redacted version . . . ." *Id.* Moreover, the local rules state that "[d]ocuments which the filer has in an electronic format must be converted to PDF from the word processing original, not scanned, to permit text searches . . . . Civ. L.R. 5-1(e)(2).

Along with the rules that apply to unredacted versions of documents, parties that seek to file documents under seal must also attach a proposed order that "lists in *table format* each document or portion thereof that is sought to be sealed." Civ. L.R. 79-5(d)(1)(B) (emphasis added).

Here, while Dell electronically filed a redacted version of its memorandum of points and authorities in support of its motion to compel, Dkt. No. 1, Dell's administrative motion to seal does not include the unredacted version that contains highlights of the redacted portions. *See* Dkt. No. 5. Its current motion to seal includes only three attached documents: a declaration, a proposed order, and a cover page for an exhibit. Dkt. No. 5 (1-3). Dell also failed to file electronically unredacted versions of certain exhibits to the declaration of Phillip D. Price; it merely included the cover page to those exhibits. Dkt. No. 5-3. In terms of the proposed orders for both sealing motions, Dell also fails to list the documents or portions of documents in table format. *See* Dkt. Nos. 5-2, 22-4.

This failure to comply with the local rules will not do.

Accordingly, the Court orders Dell to electronically file an amended sealing motion relating to its initial motion to compel, and attach unredacted versions (with highlights) of the documents identified above. However, this Court's order is not limited to only the documents discussed; Dell must apply the same rules to all other documents it seeks to file under seal but failed to file on ECF.

Additionally, Dell must resubmit an amended sealing motion relating to its reply in support of its motion to compel. Dkt. No. 22. Specifically, Dell must file electronically an unredacted version of its reply, Dkt. No. 22-6, with the redacted portions highlighted.

In light of the upcoming hearing on Dell's motion to compel, Dell must file all of the documents by the end of today, November, 14, 2014.

1

2        IT IS SO ORDERED.

3        Date:   November 14, 2014

4                                                _____

5                                                Nathanael M. Cousins
                                                 United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28